**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARAD BASHIR,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>        Respondents. | No. 1:26-cv-00578 JLT SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS IN PART, DISMISSING GROUND ONE OF THE PETITION, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE<br><br>(Docs. 11, 12) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2026, the magistrate judge issued findings and recommendations recommending that Respondents' motion to dismiss be granted in part and Ground One of the petition be dismissed considering that record evidence demonstrates Petitioner has been removed from the United States. (Doc. 12.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*) The Court further warned the parties "that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 4–5 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) To date, no objections have been filed, and the time for doing so has passed.

1

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court holds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on March 19, 2026 (Doc. 12) are **ADOPTED IN FULL**.

2. Respondents' motion to dismiss (Doc. 11) is **GRANTED IN PART**.

3. Ground One of the petition for writ of habeas corpus is **DISMISSED**.

4. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **April 6, 2026**

_____
UNITED STATES DISTRICT JUDGE

2