**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARAD BASHIR,<br><br>                    Petitioner,<br><br>      v.<br><br>GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>                    Respondents. | No. 1:26-cv-00578 JLT SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 14) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2026, the magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be dismissed for failure to prosecute. (Doc. 14.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. The Court further warned the parties "that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 4 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) To date, no objections have been filed, and the time for doing so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and

1

recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on June 3, 2026 (Doc. 14) are **ADOPTED IN FULL**.

2. The petition for writ of habeas corpus is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

UNITED STATES DISTRICT JUDGE